# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC d/b/a ANNIEMAC HOME MORTGAGE, | Civil Action No. 2:20 Civ. 874 (SDW) (LDW) |
| Plaintiff, | *Document electronically filed* |
| v. | |
| CROSSCOUNTRY MORTGAGE, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by and through their respective counsel and pursuant to Federal Civil Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, each party to bear its respective fees and costs of this action.

**SIGNATURES ON NEXT PAGE**

Dated: April 26, 2023                    Respectfully submitted,

| | |
|---|---|
| *s/ Katharine Thomas Batista* | *s/ Jennifer L. Del Medico* |
| Katharine Thomas Batista | Jennifer L. Del Medico |
| Ari Karen (admitted *pro hac vice*) | Michael A. Platt (admitted *pro hac vice*) |
| Christopher L. McCall (admitted *pro hac vice*) | JONES DAY |
| Sean D. Harding (admitted *pro hac vice*) | 250 Vesey Street |
| MITCHELL SANDLER LLC | New York, New York 10281-1047 |
| 1120 20th Street N.W., Suite 725 | Tel: (212) 326-3939 |
| Washington, D.C. 20036 | Fax: (212) 755-7306 |
| (202) 886-5260 | |
| | *Attorneys for Defendant CrossCountry Mortgage, Inc.* |
| *Attorneys for Plaintiff American Neighborhood Mortgage Acceptance Company, LLC* | |

**IT IS SO ORDERED, this \_\_\_\_ day of March, 2023:**

_____
Judge, United States District Court for the District of New Jersey